IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02179-ZLW

CLAUDIA (CLAUDE) E. BURTON, III,

        Applicant,

v.

ARISTEDES ZAVARAS, Executive Director C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

_____

ORDER TO CURE DEFICIENCY
_____

Weinshienk, Senior Judge

      Applicant submitted a Notice of Appeal on March 4, 2009. The Court has

determined that the document is deficient as described in this order. Applicant will be

directed to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
    ____   is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to**
    **28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

    ____   is not submitted
    ____   is missing affidavit
    ____   is missing required financial information
    ____   is missing an original signature by the prisoner
    ____   is not on proper form (must use the court's current form
    X   other    Trust Account Statement not certified by
    ____          a Prison Official

Accordingly, it is

1

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following form: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 5th day of March, 2009.

BY THE COURT:

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court